AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANDRES CAMILO RUIZ,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-6324-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 20, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Drew Steinmetz, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/3/19

_____
*Judge's signature*

City and state: Ft. Lauderdale, Florida    Hon. Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Drew R. Steinmetz, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a SA with the FBI since August 2016. I am currently assigned to the FBI Miami Child Exploitation Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography

3. This Affidavit is submitted in support of a criminal complaint which charges Andres Camilo RUIZ ("RUIZ") with production of visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251(a) and (e).

4. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and

people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against RUIZ for the aforementioned criminal violation.

## SUMMARY OF THE INVESTIGATION

5. As part of an ongoing investigation out of the Washington Field office of the FBI, the FBI Miami Field Office received information that the user of Kik account "juninhopermano" was involved in distributing child pornography to other Kik users. The lead included information that on November 12, 2018, the user of Kik account "juninhopermano" sent an image depicting a female child, approximately twelve years old, sitting nude inserting a marker into her vagina. The Fairfax Police Department served an administrative subpoena to obtain the subscriber information of the Kik account "juninhopermano".

6. The Kik subpoena response included IP logs spanning from November 18, 2018 through December 18, 2018. The IP logs from Kik revealed that one of the IP addresses used to access the Kik account "juninhopermano" was 45.25.3.52 and was assigned to an ATT subscriber in South Florida at 2001 SW 119 Ave, Miramar, FL 33025.

7. RUIZ is a 29 year old man who resides at 2001 SW 119 Ave, Miramar, FL 33025.

8. Law enforcement conducted open source database searches to identify the user of the Kik account "juninhopermano". The open source search revealed that other social media platforms using the same "juninhopermano" screenname were associated with RUIZ.

9. On May 14, 2019, your affiant conducted a knock and talk at 2001 SW 119 Ave, Miramar, FL 33025 and asked to speak with RUIZ. Other occupants of the residence advised that RUIZ was at work at that time.

10. Continuing on May 14, 2019, your affiant attempted to meet RUIZ at his place of

employment but learned that he was in route to a delivery. Your affiant asked his coworkers to call him on his cell phone.

11. Your affiant spoke with RUIZ and used a ruse requesting him to appear at the ~~at the~~ FBI Miami Field Office located at 2030 SW 145 Ave, Miramar, FL 33027. Upon his arrival at the FBI Miami field office, later that day, your affiant asked him if he would be willing to speak with agents. RUIZ was informed that he was free to leave at any time. RUIZ agreed to speak with agents.

12. Your affiant conducted a voluntary interview of RUIZ. During the interview, RUIZ admitted that he utilized his iPhone to trade child pornography with other individuals. RUIZ would not provide consent for your affiant to search his iPhone. Your affiant seized RUIZ's iPhone and obtained a warrant to search it (19-6253-SNOW).

13. On July 2, 2019, your affiant reviewed data obtained from RUIZ's iPhone. Your affiant observed several messages indicating that RUIZ was communicating with multiple individuals who appeared to be females under the age of 18. During those communications, RUIZ purported to be a minor female and sent videos depicting child pornography to the suspected minor females that he was in communication with.

14. During the conversations with the minor females, RUIZ requested and received several videos that depicted the minor females that RUIZ was communicating with. Several of the videos depicted child pornography, including a video that depicts a child, who stated she was twelve years of age, inserting a phallic shaped object into her vagina. RUIZ requested and received that video on April 20, 2018.

### Conclusion

15. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Andres Camilo RUIZ, for production of a visual depiction of a minor

Case 0:19-cr-60223-RKA Document 1 Entered on FLSD Docket 07/03/2019 Page 5 of 5

4

engaged in sexually explicit conduct in violation of Title 18, United States Code, Sections 2251(a) and (e).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Drew R. Steinmetz
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 3rd day of July, 2019

_____
THE HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE